IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JOHNNY EDWARD MCMAHON,<br>Petitioner,<br>vs.<br>THE EIGHTH JUDICIAL DISTRICT<br>COURT OF THE STATE OF NEVADA,<br>IN AND FOR THE COUNTY OF<br>CLARK,<br>Respondent,<br>  and<br>ISIDRO BACA, WARDEN,<br>Real Party in Interest. | No. 77864 |

FILED

JAN 3 1 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF PROHIBITION*

This pro se, emergency petition for a writ of prohibition challenges various aspects of the processes leading to petitioner's incarceration. In summary, petitioner alleges that the justice court lacked jurisdiction to act because the State failed to timely present a proper charging instrument, that fraud was committed upon the courts throughout the processes, and that this and his innocence warrant issuance of a writ of prohibition. Petitioner asks that the jury verdict be set aside, that the case be dismissed, and that he be unconditionally released from custody.

Having considered the petition and supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d

19-04965

840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991); NRS 34.724(2)(b). Accordingly, we ORDER the petition DENIED.

_____ C.J.
Gibbons

_____ , J.
Pickering

_____ , J.
Hardesty

cc:    Johnny Edward McMahon
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk